```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joanne Park,<br><br>                    Plaintiff,<br><br>     -against-<br><br>TwoTech, Inc. et al.,<br><br>                    Defendants. | 1:25-cv-00474 (ALC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED as follows:

1. Plaintiff's motion to disqualify Bond Schoeneck & King PLLC (the "Bond Firm") and to strike various affirmative defenses (ECF Nos. 18 and 19) is DENIED as moot given Defendants' agreement to withdraw the Twelfth and Eighteenth affirmative defenses, and agreement to file an amended answer with respect to other affirmative defenses.

2. Defendants' Letter Motion requesting a discovery conference (ECF No. 23) is DENIED as moot given Plaintiff's agreement to withdraw its Requests for Admission.

**SO ORDERED.**

Dated:     New York, New York
           March 25, 2025

_____
STEWART D. AARON
United States Magistrate Judge