```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Joanne Park,

                        Plaintiff,

-against-

TwoTech, Inc. et al.,

                        Defendants.

---

1:25-cv-00474 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED as follows:

    1.    Defendants' Letter Motion to stay service and enforcement of the Department of Labor ("DOL") subpoenas, or in the alternative, to quash or modify the subpoenas (ECF No. 42) is GRANTED IN PART and DENIED IN PART. It is hereby ORDERED that Exhibits A and D accompanying the subpoenas shall not be shown to or discussed with the DOL witnesses and shall not be included with the subpoenas and/or the Touhy Requests to the DOL.

    2.    Counsel for Plaintiff and Defendants shall cooperate in scheduling the upcoming depositions as discussed during the conference.

**SO ORDERED.**

Dated:    New York, New York
            April 23, 2025

                                                  */s/ Stewart D. Aaron*
                                                  STEWART D. AARON
                                                  United States Magistrate Judge