```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/14/2025___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Joanne Park,** | |
| **Plaintiff,** | **1:25-cv-00474 (ALC) (SDA)** |
| -against- | **ORDER** |
| **TwoTech, Inc. et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

On April 15, 2025, Plaintiff filed a motion to strike Defendants' second affirmative defense. (Motion to Strike, ECF Nos. 37 and 38). The deadline for Defendants to respond to the Motion to Strike was April 29, 2025.[1] Defendants have yet to file a response. Accordingly, it is hereby ORDERED that no later than May 21, 2025, Defendants shall file a response to the Motion to Strike. If no response is filed by such date, the Court shall treat the Motion to Strike as unopposed.

**SO ORDERED.**

Dated:       New York, New York
             May 14, 2025

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] *See* Local Civil Rule 6.1(b).