USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joanne Park,

                       Plaintiff,

       -against-

TwoTech, Inc. et al.,

                       Defendants.

1:25-cv-00474 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED that Plaintiff's Letter Motion at ECF No. 56 is DENIED. It is further ORDERED that Defendants' counsel shall either accept service of subpoenas for current and former employees of the corporate defendant or provide the last known address of such employees to Plaintiff, unless the employee(s) agrees to accept service by email.

**SO ORDERED.**

Dated:      New York, New York
             May 28, 2025

_____
STEWART D. AARON
United States Magistrate Judge