UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE PARK,<br><br>　　　　　　　　　　Plaintiff,<br>　-against-<br><br>TWOTECH, INC., et al.,<br><br>　　　　　　　　　　Defendants. | 1:25-cv-00474 (ALC) (SDA)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On September 21, 2025, Plaintiff filed a response to Defendants' letter motion (ECF No. 73) stating her intent "withdraw causes of action not related to her disability." ECF No. 74. Defendants shall file a letter stating their position on Plaintiff's response and how it impacts their anticipated motion for summary judgment by **September 25, 2025**.

**SO ORDERED.**

Dated:　September 22, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**