UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE PARK,<br><br>                              Plaintiff,<br>       -against-<br><br>TWOTECH, INC., et al.,<br><br>                              Defendants. | 1:25-cv-00474 (ALC) (SDA)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties should submit a joint status report including (1) the causes of action Plaintiff intends to withdraw, (2) a proposed order to dismiss those claims, and (3) a proposed briefing schedule on Defendants' anticipated motion for summary judgment on or before **October 9, 2025**.

**SO ORDERED.**

**Dated:**   October 6, 2025
           New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**