USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/17/25__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNE PARK,
                          Plaintiff,
    -against-

TWOTECH, INC., et al.,
                        Defendants.

1:25-cv-00474 (ALC) (SDA)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The pre-motion conference previously scheduled for November 17, 2025 is adjourned to **December 1, 2025 at 12:00pm.** The parties should use the following conference number and access code to access the conference at the scheduled date and time:

    Conference number: 1-855-244-8681

    Access Code: 2305 3700 226#

**SO ORDERED.**

**Dated: November 17, 2025**
       New York, New York

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**