USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/1/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **JOANNE PARK,** |
| **Plaintiff,** |
| **-against-** |
| **TWOTECH, INC., et al.,** |
| **Defendants.** |

**1:25-cv-00474 (ALC)(SDA)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

For reasons stated during today's conference, the Court grants Plaintiff's voluntary withdrawal of her non-disability causes of action. Cause of action 5, 6, 10, and 11 are hereby withdrawn and dismissed without prejudice.

By separate order, this case is being referred to Magistrate Judge Aaron for a settlement conference. The parties are hereby **ORDERED** to submit a joint status report within two weeks of the settlement conference or by February 24, 2026, whichever date is earlier. The joint status report should indicate whether settlement discussions were successful, and if not, the parties should provide the Court with a proposed briefing schedule for summary judgement motions.

**SO ORDERED.**

**Dated:    December 1, 2025**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**