USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1/23/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **JOANNE PARK,**<br><br>                                    **Plaintiff,**<br>           -against-<br><br>**TWOTECH, INC., et al.,**<br><br>                                    **Defendants.** | **1:25-cv-00474 (ALC) (SDA)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within thirty days.

**SO ORDERED.**

**Dated:  January 23, 2026**
          **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**