**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Joanne Park, | |
| Plaintiff, | **1:25-cv-00474 (ALC) (SDA)** |
| -against- | **ORDER SCHEDULING** <u>**TELEPHONE CONFERENCE**</u> |
| TwoTech, Inc. et al., | |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Friday, February 27, 2026, at 2 p.m. to address the settlement placed on the record on January 23, 2026. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:     New York, New York
           February 24, 2026

_____
STEWART D. AARON
United States Magistrate Judge