**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Joanne Park,** | |
| **Plaintiff,** | **1:25-cv-00474 (ALC) (SDA)** |
| **-against-** | **ORDER** |
| **TwoTech, Inc. et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiff and counsel for Defendants appeared. For the reasons stated on the record during the telephone conference, it is hereby ORDERED that, no later than Friday, March 6, 2026, the parties shall file a joint letter confirming the settlement.

**SO ORDERED.**

Dated:      New York, New York
              February 27, 2026

_____
STEWART D. AARON
United States Magistrate Judge