USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/9/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| JOANNE PARK,<br><br>                              Plaintiff,<br>          -against-<br><br>TWOTECH, INC., et al.,<br><br>                              Defendants. |

**1:25-cv-00474 (ALC) (SDA)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within thirty days.

**SO ORDERED.**

**Dated:  March 9, 2026**
         **New York, New York**

_____
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**